UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
MAY 1 2 2015
CLERK OF COURT
LAREDO DIVISION

MMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NO. |
| JAMES J. DORAN | § § | **L-15-502** |

**SEALED INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**GPK**

### COUNT ONE

From on or about February 13, 2000 and continuing until on or about September 21, 2011, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAMES J. DORAN,**

did willfully and knowingly embezzle, steal, purloin, and convert to his own use, approximately $108,516.00 in United States Social Security Administration benefits, in violation of Title 18, United States Code, Sections 641.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
CHRISTOPHER DOS SANTOS
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO   DIVISION

FILE: 2011R24208
SEALED INDICTMENT

Filed: MAY 12 2015

NO. L-15-502

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

KENNETH MAGIDSON, USA
CHRISTOPHER DOS SANTOS, AUSA

**JAMES J. DORAN**

**CHARGE:**

Ct. 1:   Larceny of Government property of more than $1,000 dollars [18 USC 641]

**TOTAL COUNTS: 1**

**PENALTY:**   0-10 Years, $100 Special Assessment,
Not more than 3 Year Term of Supervised Release

In Jail:

On Bond:

Name and Address of Surety:

No Arrest: